**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------X
SOFIA HERNANDEZ JUAREZ, *individually and on behalf of others similarly situated,*

              *Plaintiff*,

   -against-

MANHATTAN LAUNDRY CENTERS INC. (D/B/A MANHATTAN LAUNDRY CENTER), HERE TO CLEAN, INC (D/B/A HERE TO CLEAN INC.), PRECIOUS 2 NY, INC.  (D/B/A PRECIOUS 2 NY, INC.), EUNG HO (A.K.A CHOY) KIM, KRIS H YUN, JOHN DOE (A.K.A MR. JIN), and ASHIMA (A.K.A MRS. KIM, A.K.A MR. KIM'S WIFE) DOE,

              *Defendants.*
------------------------------------------------------X

**18-cv-2843 (VSB)**

**JUDGMENT**

## **JUDGMENT**

      This action was commenced on March 30, 2018 (Doc. No. 1). To date, said Defendants have failed to appear or move in regards to this lawsuit. The Clerk of this Court has certified the default of Defendants (Doc. No 29-35).

      NOW, on motion of Plaintiff, by his attorneys Michael Faillace & Associates, P.C., it is hereby ORDERED, ADJUDGED AND DECREED:

      That the plaintiff has judgment against the Defendants Manhattan Laundry Centers Inc. (d/b/a Manhattan Laundry Center), Here to Clean, Inc (d/b/a Here to Clean Inc.), Precious 2 NY, Inc.  (d/b/a Precious 2 NY, Inc. ), Eung Ho (a.k.a Choy) Kim, and Kris H Yun, in the amount of $119,678.75, including (A) compensatory damages for unpaid minimum wages and overtime compensation in the amount of $49,411.88, (B) liquidated damages for unpaid minimum wages and overtime compensation under the FLSA/NYLL in the amount of $49,411.88, (C) unpaid spread of hours pay in the amount of $5,427.50, (D) liquidated damages for unpaid spread of hours pay in the amount of $5,427.50, and (E) statutory damages for violation of New York Labor Law § 195 in the amount of $10,000.

That the Plaintiff is awarded attorney's fees in the amount of $5,100.00, and costs in the amount of $792.00,

That the Plaintiff is awarded post judgment interest, as calculated under 28 U.S.C. § 1961.

That if any amounts remain unpaid upon the expiration of ninety days following issuance of judgment, or ninety days after expiration of the time to appeal and no appeal is then pending, whichever is later, the total amount of judgment shall automatically increase by fifteen percent, as required by NYLL § 198(4).

Dated:   New York, New York
         _____, 2018

_____
VERNON S. BRDOERICK
UNITED STATES DISTRICT JUDGE

This document was entered on the docket on _____.