# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

60 East 42nd Street, Suite 4510      Telephone: (212) 317-1200
New York, New York 10165      Facsimile: (212) 317-1620
_____

woates@faillacelaw.com

March 3, 2021

BY ECF
Honorable Vernon S. Broderick
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

        Re:    Hernandez v. Manhattan Laundry Centers Inc., et al
               Docket No.: 18-cv-02843-VSB-KNF

Your Honor:

      This office represents Plaintiff in the above-referenced matter. On November 13, 2019, Plaintiff submitted Objections to Magistrate Judge Kevin Nathaniel Fox's Report and Recommendation dated October 29, 2019 in which the Court ruled, after an Inquest, that no damages be awarded to Plaintiff in connection with Plaintiff's application for a default judgment.

      We write to respectfully inquire as to whether the Court needs additional material in order to reach a decision in this matter. Plaintiff awaits the Court's instruction.

      Plaintiff thanks the Court for its time and attention to this matter.

                                            Respectfully Submitted,

                                            /s/ *William K. Oates*
                                            William K. Oates