UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
SOFIA HERNANDEZ,

                      Plaintiff,

            -against-

MANHATTAN LAUNDRY CENTERS INC., et al.,

                   Defendants.
----------------------------------------------------------- X

18-CV-2843 (VSB)

**ORDER**

VERNON S. BRODERICK, United States District Judge:

The Clerk of Court is respectfully requested to enter judgment in this case pursuant to the Opinion & Order filed on May 24, 2023. (Doc. 83.)

SO ORDERED.

Dated: July 31, 2023
       New York, New York

                                                     Vernon S. Broderick
                                                   United States District Judge