UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SOFIA HERNANDEZ,

                Plaintiff,                    18 **CIVIL** 2843 (VSB)

      -against-                       **JUDGMENT**

MANHATTAN LAUNDRY CENTERS INC., et al.,

               Defendants.
------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated July 31, 2023 and the Opinion & Order dated May 24, 2023, 2023, the Report and Recommendation is ADOPTED in part and REJECTED in part. Plaintiff shall be awarded statutory damages of $10,000 and attorneys' fees and costs of $3,300.

**Dated:**  New York, New York

    August 1, 2023

                                             **RUBY J. KRAJICK**

                                                  **Clerk of Court**

                  **BY:**

                                                   **Deputy Clerk**